IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDNA DE LEON BUERA, | ) | 1:07cv1051 GSA |
| | ) | |
| | ) | |
| | ) | ORDER FOR STATUS REPORT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On May 28, 2008, this Court issued its order to remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). On remand, the Commissioner would attempt to locate Plaintiff's claims file and, if the file could not be located within a reasonable time, it would be reconstructed, including instruction to an Administrative Law Judge to reconstruct the record, hold a new hearing and issue a decision.

Accordingly, on the basis of good cause, the Court ORDERS the Commissioner to file a status report within 30 days of the date of service of this order. Thereafter, the Commissioner shall file a status report every 120 days until this action is returned to this Court or otherwise resolved.

Additionally, the Court DIRECTS the Clerk of the Court to reopen this matter.

IT IS SO ORDERED.

**Dated:   January 28, 2009**            **/s/ Gary S. Austin**

1

1  UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28