```
                    IN THE UNITED STATES DISTRICT COURT FOR THE

                            EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| EDNA DE LEON BUERA, | 1:07cv1051 GSA |
| Plaintiff, | ORDER FOR STATUS REPORT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner, | |
| Defendant. | |

On May 28, 2008, this Court issued its order to remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). On remand, the Commissioner would attempt to locate Plaintiff's claims file and, if the file could not be located within a reasonable time, it would be reconstructed, including an instruction to an Administrative Law Judge to reconstruct the record, hold a new hearing, and issue a decision.

On March 4, 2009, the Commissioner filed a status report indicating that Plaintiff's claims file could not be located and a new hearing before the Administrative Law Judge would be scheduled. Pursuant to an Order issued by this Court on January 28, 2009, the Commissioner was required to file another status report within 120 days. The report was due on July 2, 2009. To date, no status report was filed. Accordingly, within five days, the Commissioner shall file a status report

updating the Court on the status of this case. Failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   July 14, 2009                             /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE

2