IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA DE LEON BUERA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | 1:07cv1051 GSA<br><br>ORDER FOR STATUS REPORT |

　　　　On May 28, 2008, this Court issued its order to remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).  On remand, the Commissioner would attempt to locate Plaintiff's claims file and, if the file could not be located within a reasonable time, it would be reconstructed, including an instruction to an Administrative Law Judge to reconstruct the record, hold a new hearing, and issue a decision.

　　　　On March 10, 2009, the Commissioner filed a status report indicating that Plaintiff's case had been transferred to the Fresno Office of Hearing and Appellate Review and the matter was to be heard before an administrative Law judge on May 28, 2010.  Pursuant to an Order issued by this Court on January 28, 2009, the Commissioner was required to "file a status report every 120 days until this action is returned to this Court or otherwise resolved."  The most recent report was due on

1

1 August 9, 2010.  To date, no status report was filed.  Accordingly, within five days, the
2 Commissioner shall file a status report updating the Court on the status of this case.  Failure to do so
3 may result in the imposition of sanctions.

      IT IS SO ORDERED.

      Dated:  **August 30, 2010**                   **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE