1  Sengthiene Bosavanh, Esq. #249801
2  Milam Law
   948 11th Street, Suite 17
3  Modesto, California 95354
4  (209) 576-0817
5
6  Attorney for Plaintiff
7
8
9
                IN THE UNITED STATES DISTRICT COURT FOR
10
                THE EASTERN DISTRICT OF CALIFORNIA
11
12
13 EDNA DE LEON BUERA          )    CASE NO.  1:07-CV-01051-GSA
14                             )
                               )
15         Plaintiff,           )
                               )
16                             )
17 v.                           )    NOTICE AND ORDER OF
                               )    SUBSTITUTION OF COUNSEL
18                             )    FOR PLAINTIFF
19 COMMISSIONER OF             )
       SOCIAL SECURITY         )
20                             )
21         Defendant.           )
22 _____)
23
24
        TO THE DEFENDANT AND HIS ATTORNEY:
25
        PLEASE TAKE NOTICE EDNA DE LEON BUERA, Plaintiff in the above-captioned
26
   case, hereby substitutes SENGTHIENE BOSAVANH, whose office address and telephone
27
   number are noted above, as her counsel, in the place and stead of EDNA DE LEON BUERA.
28

1  Plaintiff was previously self represented.

Dated: December 16, 2010                    /s/ Edna de Leon Buera
                                            EDNA DE LEON BUERA


Dated: December 16, 2010                    /s/ Sengthiene Bosavanh
                                            SENGTHIENE BOSAVANH, ESQ.
                                            Attorney for Plaintiff



        IT IS SO ORDERED.

     Dated:   **December 17, 2010**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE