Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Edna de Leon Buera,<br>     Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security<br>     Defendant. | CASE NO. 1:07-cv-01051<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is December 15, 2010. The new due date will be January 14, 2011. The scheduling order should be modified accordingly.

Dated: December 16, 2010          /s/ Sengthiene Bosavanh

                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

Dated: December 16, 2010          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/ Benjamin E. Hall
                                  (as authorized via telephone)
                                  BENJAMIN E. HALL
                                  Special Assistant United States Attorney

     IT IS SO ORDERED.

     Dated:   **December 17, 2010**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE