Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Edna de Leon Buera,<br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:07-CV-01051-GSA<br><br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 30-day extension of time to file an opening brief. The reason for the extension is to allow for time to discuss and agree on the language for a stipulated voluntary remand. Settlement negotiations are in process. The current due date for Plaintiff's Opening Brief is April 25, 2010. The new due date will be May 25, 2011. The scheduling order should be modified accordingly.

Dated: April 25, 2011          /s/ Sengthiene Bosavanh

                                          SENGTHIENE BOSAVANH, ESQ.
                                          Attorney for Plaintiff

Dated: April 25, 2011          BENJAMIN B. WAGNER
                                          United States Attorney


                                          By: /s/Shea Lita Bond
                                          (as authorized via e-mail)
                                          SHEA LITA BOND
                                          Special Assistant United States Attorney

///

///

///

ORDER

Upon a review of the parties' stipulation, Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file her opening brief no later than May 25, 2011. Alternatively, the parties may file a stipulation of dismissal or a stipulation for voluntary remand by the above date if appropriate.

IT IS SO ORDERED.

Dated:   **April 27, 2011**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE