BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| EDNA DE LEON BUERA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:07-cv-1051 GSA<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

> The ALJ is directed to attempt to obtain the claimant's prior file in order to conduct a proper continuing disability review by comparing the medical evidence from the last favorable decision to the present. If the claimant's prior file cannot be located, the ALJ must follow the procedures set forth in the regulations and the POMS for conducting a continuing disability review when there is no prior file. If the ALJ cannot find the prior file, he should also consider having a medical expert testify regarding the claimant's medical impairments and history and, if so, when it improved.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                      Respectfully submitted,

Dated: May 25, 2011           /s/ *Sengthiene Bosavanh*
                                     (As authorized via email)
                                     SENGTHIENE BOSAVANH
                                     Attorney for Plaintiff

Dated: May 25, 2011           BENJAMIN B. WAGNER
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     /s/ *Shea Lita Bond*
                                     SHEA LITA BOND
                                     Special Assistant U.S. Attorney

**ORDER**

The Court remands this action pursuant to the parties' stipulation. The Clerk of the Court shall enter a final judgment in favor of Plaintiff Edna de Leon Buera, and against Defendant, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **May 26, 2011**                /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE