IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EDNA de LEON BUERA, )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>MICHAEL J. ASTRUE, 　　　　　　 )<br>Commissioner of Social Security, )<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　)<br>_____) | CIVIL NO. 1:07-cv-1051-GSA<br><br>ORDER FOR THE AWARD OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(Doc. 47) |

  Plaintiff, Edna de Leon Buera filed a petition for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(b)(2)(B) on August 24, 2011. (Doc. 47).  Defendant has not filed any opposition to the request.

  In the absence of any opposition by the Commissioner of Social Security, the Court has considered the application and finds: (1) Plaintiff is a prevailing party; (2) Plaintiff meets the net worth requirements of 28 U.S.C § 2412(b)(2)(B); (3) the "position of the United States" was not substantially justified; 4) there are no "special circumstances" that make an award unjust under Title 28 § 2412(d)(1)(A); (5) the requested hourly rate is appropriate; and (6) the hours claimed by Plaintiff's attorneys reasonably were expended.

  THEREFORE, IT IS HEREBY ORDERED, that Plaintiff is awarded attorneys  fees

under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of four thousand one hundred forty-eight dollars and ninety two cents ($4,178.92). This amount was calculated by multiplying the number of billable hours (23.7) by the attorney hourly rate of $175.06 which this Court finds is reasonable ($175.06 x 23.7 = $4,148.92).

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Sengthiene Bosavanh.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

IT IS SO ORDERED.

Dated:   **September 16, 2011**                    /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE