# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA de LEON BUERA, | 1:07-cv-1051 GSA |
| Plaintiff, | **ORDER REGARDING MOTION FOR ATTORNEYS' FEES** |
| v. | (Document 50) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On May 26, 2011, this Court issued its Order regarding Plaintiff's Social Security Complaint remanding the action for further administrative action pursuant to section 205(g) of the Social Security Act. (Doc. 45.) On May 31, 2012, Plaintiff's counsel filed a motion for attorney fees. (Doc. 50.) The Commissioner was ordered to file an opposition to the motion no later than June 30, 2012. (Doc. 51). No opposition was filed.

In light of the lack of any opposition, and upon review of the relevant pleadings, this Court hereby awards Sengthiene Bosavanh, attorney for Plaintiff Edna de Leon Buera, attorney fees pursuant to section 406(b) of Title 42 of the United States Code in the amount of $9,433.40.

1   Further, it is noted that the Commissioner previously paid $4,148.92 in Equal Access to
2   Justice Act ("EAJA") fees. (Doc. 49.) Accordingly, the Court hereby orders counsel to
3   reimburse Edna de Leon Buera the sum of $4,148.92.

   IT IS SO ORDERED.

   Dated:   **July 20, 2012**                      **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE